opinion filed May 25, 1948; released for publication July 20, 1948.   Grover E. Holmes and Clyde L. Flynn, Jr., for appellants; Bartley & Karber and Clyde A. Whiteside, for appellees.   Opinion by JUSTICE SCHEINEMAN.   Not to be published in full.

## Audrey Wilson Grissom, Appellee, v. Monte L. Goad, Appellant.

### Gen. No. 9,580.

opinion filed May 27, 1948; rehearing denied July 14, 1948; released for publication July 14, 1948.   J. L. Sullivan and Mann & Stifler, for appellant; H. Ogden Brainard and Cotton, Massey & Nimz, for appellee.   Opinion by PRESIDING JUSTICE WHEAT.   Not to be published in full.

## Esther G. Perry, Appellant, v. Glen R. Pitman and Charles Kemp, Appellees.

### Gen No. 9,591.